

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
ROY V. DAUGHTRY

Debtor(s)

Case No. 18-12457-t7

Chapter 7

### DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON PROPERTY IDENTIFIED AS 2012 COACHMAN MIRADA 32BHE VIN #1F65F5DY7B0A07731

This matter came before the Court on the Motion for Relief from Automatic Stay and to Abandon Property filed on November 19, 2018, Docket No. 12 (the "Motion") by U.S. Bank National Association ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

1. On November 19, 2018, Movant served the Motion and a notice of the Motion (the "Notice") on the case trustee, Clarke C. Coll ("Trustee"), and on Debtor('s/s') counsel, R Matthew Bristol, by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on Debtor(s) by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

2.  The Motion relates to the property identified as 2012 COACHMAN MIRADA 32BHE VIN #1F65F5DY7B0A07731 (the "Property").

3.  The Notice specified an objection deadline of twenty-one (21) days from the date of service of the Notice, to which 3 days was added under Bankruptcy Rule 9006(f);

4.  The Notice was sufficient in form and content;

5.  The objection deadline expired on December 13, 2018;

6.  As of December 17, 2018, neither Debtor(s) nor Trustee, nor any other party in interest, filed an objection to the Motion;

7.  The Motion is well taken and should be granted as provided herein; and

8.  By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that, on December 2018, Patricia Rychards of Weinstein & Riley, P.S. searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that DMDC does not possess any information indicating that Debtor(s) is/are currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1.  Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby are granted relief from the automatic stay:

    a.  To enforce their rights in the Property, including repossession and sale of the collateral, under the terms of any prepetition notes, mortgages, security agreements and/or other agreements to which Debtor(s) is/are a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against Debtor(s) or the Property, or both, in any court of competent jurisdiction; and

  b. To exercise any other right or remedy available to them under law or equity with respect to the Property.

  2. Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is property of the estate. As a result, Movant need not name Trustee as a defendant in any state court action it may pursue the sale of the Property and need not notify Trustee of any sale of the Property.

  3. The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of Debtor(s), although Debtor(s) can be named as a defendant\defendants in litigation to obtain an *in rem* judgment or to repossess the Property in accordance with applicable non-bankruptcy law.

  4. This Order does not waive Movant's claim against the estate for any deficiency owed by Debtor(s) after any sale or other disposition of the Property. Movant may file a proof of claim for this bankruptcy case within 30 days after a sale of the Property should it claim that Debtor(s) owe(s) any amount after the sale of the Property.

  5. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

  6. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

  7. Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with Debtor(s) and to enter into a loan modification with Debtor(s).

XXX END OF ORDER XXX

Submitted by:

/s/ Jason Bousliman  
Jason Bousliman, SBN 14830  
5801 Osuna Road Ne, Suite A103  
Albuquerque, NM 87109  
Phone: (505)348-3200  
Email: JasonB@w-legal.com  
Attorney for Movant

Copies to:

Roy V. Daughtry  
PO Box 1733  
Eunice, NM 88231

Clarke C. Coll  
PO Box 2288  
Roswell, NM 88202-2288

R Matthew Bristol  
PO Box 2929  
Roswell, NM 88202-2929

United States Trustee  
PO Box 608  
Albuquerque, NM 87103-0608